1
2
3
4
5
6
7
8
9
10

# United States District Court
# Central District of California

11
12 KAMALINI H. TISSERA,  Case No. 2:17-CV-01041-ODW(AFM)
13         Plaintiff,
14     v.  **ORDER TO SHOW CAUSE**
15 JPMORGAN CHASE BANK, N.A.;
16 SELENE FINANCE L.P.; and DOES 1–
17 10, inclusive,
18         Defendants.
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

On February 14, 2017, Plaintiff and Defendant JPMorgan Chase Bank N.A. agreed to extend the time for Defendant JPMorgan to file a responsive pleading until March 17, 2017. (ECF No. 7.) That date has now passed without Defendant JPMorgan filing a responsive pleading. Therefore, the Court orders Defendant JPMorgan to show cause by **March 22, 2017**, why the Court should not enter an order of default against it.

**IT IS SO ORDERED.**

March 20, 2017

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**