# United States District Court
# Central District of California

| | |
|---|---|
| KAMALINI H. TISSERA,<br><br>     Plaintiff,<br><br>  v.<br><br>JPMORGAN CHASE BANK, N.A.;<br>SELENE FINANCE L.P.; and DOES 1–<br>10, inclusive,<br><br>     Defendants. | Case No. 2:17-CV-01041-ODW(AFM)<br><br>**ORDER TO SHOW CAUSE RE**<br>**SETTLEMENT** |

///
///
///
///
///
///
///
///
///
///

In light of the Notice of Settlement (ECF No. 15), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, by May 8, 2017, why settlement has not been finalized.  No hearing will be held.  All other dates and deadlines in this action are **VACATED** and taken off calendar.  Additionally, the Court **DENIES** as **MOOT** Defendant Selene Finance L.P.'s motion to dismiss.  (ECF No. 10.)  The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

March 22, 2017

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**